# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GAINES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 21-cv-1870-MMA (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 15] |

On February 3, 2022, Plaintiff and Defendants National Enterprise Systems, Inc. and Bank of America, N.A. filed a joint motion to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice.  Each party shall bear their own costs and attorney's fees.  The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED**.

Dated:  February 3, 2022

　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　United States District Judge